UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JARED ZIKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| PENNCRO ASSOCIATES, INC., | ) | 1:12-cv-0353 SEB-TAB |
| | ) | |
| Defendant. | ) | Jury Demanded |

**COMPLAINT**

Plaintiff, Jared Zike, by counsel, hereby brings this action pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA"), for a finding that Defendant committed violations of the FDCPA, and to recover damages for those violations, and in support thereof says and alleges:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction pursuant to 15 USC § 1692k(d) of the FDCPA.

2. Venue is proper in this District because: (a) the acts and transactions occurred here; (b) Plaintiff resides here; and (c) Defendant transacts business here.

**PARTIES**

3. Plaintiff, Jared Zike ("Mr. Zike"), is a resident of the State of Indiana and resides in the Southern District of Indiana.

4. Defendant, Penncro Associates, Inc. ("Penncro") is a Pennsylvania corporation, with its principal place of business located in Southampton, Pennsylvania.

1

Penncro does business in the State of Indiana and in the Southern District of Indiana. Specifically, Penncro engages in third party debt collection activity and attempts to collect debts from residents of Indiana and the Southern District of Indiana.

### FACTUAL ALLEGATIONS

5. Penncro is a collection agency that regularly collects debts from consumers on behalf of its clients.

6. Penncro is a debt collector as defined by 15 U.S.C. § 1692a(6) of FDCPA.

7. Penncro was retained to perform third party consumer debt collection work on behalf of its client, HSBC, of which Beneficial Finance is a business division.

8. In its capacity as third party debt collector for HSBC, Penncro attempted to collect an HSBC/Beneficial Finance home loan debt from Mr. Zike.

9. On June 14, 2010, Mr. Zike filed a voluntary bankruptcy petition under Chapter 13 of the bankruptcy code.

10. Mr. Zike included the HSBC/Beneficial Finance home loan debt on his list of creditors. A true and accurate copy of both the Secured Creditor list of the bankruptcy petition and the on-line bankruptcy information website creditor list are collectively attached hereto and made a part hereof as Exhibit A.

11. HSBC/Beneficial Finance received notice of the bankruptcy through its attorneys, Javitch, Block & Rathbone at the firm's Indianapolis address.

12. Javitch, Block & Rathbone were the attorneys of record for Beneficial Finance in a mortgage foreclosure action filed against Mr. Zike prior to the filing of bankruptcy.

13. Mr. Zike's bankruptcy is still ongoing and the Chapter 13 plan has been confirmed; thus, the bankruptcy stay is still operative.

14. On September 9, 2011, Penncro sent Mr. Zike a demand letter indicating they were attempting to collect the home loan debt for HSBC. A true and accurate copy of Penncro's demand letter is attached hereto as Exhibit B.

## COUNT I

### Violation of 15 U.S.C. § 1692e(2)(A), § 1692e(5), and § 1692e(10)
### False or Misleading Representations

15. Mr. Zike hereby adopts and re-alleges paragraphs one (1) through fourteen (14) of his complaint.

16. Penncro's demand letter was in blatant disregard and in violation of the bankruptcy stay.

17. Penncro had no right to attempt to collect the HSBC/Beneficial Finance home loan debt from Mr. Zike because of the operation of the bankruptcy stay.

18. Penncro's attempts to collect the HSBC/Beneficial Finance home loan debt despite the operation of the bankruptcy stay constitutes a false representation of the legal status of the debt in violation of 15 U.S.C. § 1692e(2)(A) of the FDCPA.

19. By taking collection action on behalf of HSBC/Beneficial Finance against Mr. Zike despite the operation of the bankruptcy stay, Penncro took legal action that it could not legally take in violation of 15 U.S.C. § 1692e(5) of the FDCPA.

20. By attempting to collect the HSBC/Beneficial Finance home loan debt from Mr. Zike despite the operation of the bankruptcy stay, Penncro used false

representations or deceptive means to collect or attempt to collect a debt in violation of 15 U.S.C. § 1692e(10) of the FDCPA.

21. Penncro's violations of 15 U.S.C. § 1692e(2)(A), § 1692e(5), and § 1692e(10) of the FDCPA render it liable for actual and statutory damages, costs, and reasonable attorney fees, all pursuant to 15 U.S.C. § 1692k of FDCPA.

## REQUEST FOR RELIEF

Plaintiff, Jared Zike, hereby requests that the Court:

1. Find that Defendant's debt collection actions violated FDCPA.

2. Enter Judgment in favor of Plaintiff and against Defendant for actual damages, statutory damages, costs, and reasonable attorney fees pursuant to 15 U.S.C. §1692k of the FDCPA.

3. Grant such further just and proper relief.

## JURY DEMAND

Plaintiff, Jared Zike, hereby demands a trial by jury.

Respectfully submitted,

NERZ WALTERMAN, P.C.

Joseph B. Walterman, Esq. (24436-49)

NERZ WALTERMAN, P.C.
5144 East Stop 11 Road, Suite 20
Indianapolis, Indiana 46237
317-885-7500
jbwalterman@nerzwalterman.com